No. 92–563. HELTON ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–569. NATIONAL KIDNEY PATIENTS' ASSN. ET AL. *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 92–571. PAINEWEBBER INC. *v.* BANKATLANTIC; and
No. 92–765. BANKATLANTIC *v.* PAINEWEBBER INC. C. A. 11th Cir. Certiorari denied. Reported below: 955 F. 2d 1467.

No. 92–574. TOBIAS *v.* UNIVERSITY OF TEXAS AT ARLINGTON ET AL. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 92–585. YEAGER ET AL. *v.* CAMP. Sup. Ct. Ala. Certiorari denied.

No. 92–590. MEYERLAND CO. ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS MANAGER OF THE FSLIC RESOLUTION FUND AS RECEIVER FOR CONTINENTAL SAVINGS ASSN. C. A. 5th Cir. Certiorari denied.

No. 92–595. REID *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–607. GOODNER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–633. ROBINSON *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 92–634. ALABAMA *v.* GINGO ET AL. Sup. Ct. Ala. Certiorari denied.

No. 92–639. AGUIRRE, PERSONAL REPRESENTATIVE OF THE ESTATE OF AGUIRRE, DECEASED, ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–642. ADKINS ET AL. *v.* SAFEWAY, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 92–646. PULIDO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.